**FILED & ENTERED**

**APR 13 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MANUEL RAYMOND LIMA,<br><br>    Debtor. | **Case No.: 1:16-bk-10567-MB**<br><br>**Chapter 13**<br><br>**ORDER SETTING HEARING ON DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS [CASE DKT. NO. 9]**<br><br>Hearing<br>Date:   April 27, 2016<br>Time:   11:00 a.m.<br>Place:  Courtroom 303<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |

1 | The Court, having considered the *Debtor's Motion to Extend Time to File Case Opening*
2 | *Documents* (the "Motion") (Case Dkt. No. 9), and for good cause appearing, HEREBY ORDERS
3 | that a hearing on the Motion shall be held before the Honorable Martin R. Barash on April 27, 2016
4 | at 11:00 a.m.  Debtor is HEREBY ORDERED to serve notice of the April 27 hearing on the
5 | chapter 13 trustee, the Office of the United States Trustee, and all creditors no later than April 20,
6 | 2016.  Any opposition to the Motion may be filed up to the time of the hearing on April 27, 2016.

###

Date: April 13, 2016

Martin R Barash
United States Bankruptcy Judge

1