**FILED & ENTERED**

**APR 29 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MANUEL RAYMOND LIMA,<br><br>　　　　　Debtor. | **Case No.: 1:16-bk-10567-MB**<br><br>**Chapter 13**<br><br>**ORDER TO APPEAR AND SHOW CAUSE WHY LEE M. LINSON, COUNSEL OF RECORD FOR DEBTOR MANUEL RAYMOND LIMA, SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AT THE HEARING ON DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS PURSUANT TO LOCAL BANKRUPTCY RULE 9011-3.**<br><br>　　　　　Hearing<br>Date:　May 25, 2016<br>Time:　11:00 a.m.<br>Place:　Courtroom 303<br>　　　　21041 Burbank Blvd<br>　　　　Woodland Hills, CA 91367 |

**ORDER TO APPEAR AND SHOW CAUSE**

On March 14, 2016, Debtor Manuel Raymond Lima (the "Debtor" or "Lima") filed an *Application for Extension of Time to File Case Opening Documents* (the "Application") (dkt. 9). On April 13, 2016, the Court set the Application for hearing on April 27, 2016 at 11:00 a.m. (dkt. 11).

At the April 27 hearing, no appearances were made by or on behalf of any party.  Nothing in the record of Debtor's bankruptcy case indicates that attendance by the moving party was excused.

Local Bankruptcy Rule 9011-3, entitled "SANCTIONS", states:

> (a) Violation of Rules. The violation of, or failure to conform to, the FRBP or these rules may subject the offending party or counsel to penalties, including monetary sanctions, the imposition of costs and attorneys' fees payable to opposing counsel, and/or dismissal of the case or proceeding.
>
> (b) Failure to Appear or Prepare. Unless otherwise ordered by the court, the failure of counsel for any party to take any of the following steps may be deemed an abandonment or failure to prosecute or defend diligently by the defaulting party:
>
> > (1) Complete the necessary preparation for pretrial;
> >
> > (2) Appear at pretrial or status conference;
> >
> > (3) Be prepared for trial on the date set; or
> >
> > (4) Appear at any hearing where service of notice of the hearing has been given or waived.

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN TO LEE M. LINSON, COUNSEL OF RECORD FOR DEBTOR, MANUEL RAYMOND LIMA, TO APPEAR AND SHOW CAUSE** on May 25, 2016, at 11:00 a.m., before the undersigned United States Bankruptcy Judge, in Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, California 91367, why the Court should not impose a monetary sanction of $250.00 against Lee M. Linson,

pursuant to Local Bankruptcy Rule 9011-3.  Any objection to the imposition of such sanction shall be made in writing and filed with the Court, together with any evidence in support thereof, and served on all interested parties no later than 7 days before the hearing.  Any objections not filed and served timely may be deemed waived.

####

Date: April 29, 2016

Martin R Barash
United States Bankruptcy Judge

2
**ORDER TO APPEAR AND SHOW CAUSE**