United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 16-10567-MB
Manuel Raymond Lima                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1           User: sbeverC              Page 1 of 1              Date Rcvd: Apr 27, 2016
                               Form ID: van154            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2016.
db              +Manuel Raymond Lima,    21550 Chatsworth Street,    Chatsworth, CA 91311-1309
smg              Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
36914205        +Capital One N.A.,    P.O. Box 21887,    Eagan, MN 55121-0887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              EDI: EDD.COM Apr 28 2016 01:58:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Apr 28 2016 01:58:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
cr              +EDI: AISACG.COM Apr 28 2016 01:58:00     Capital One N. A.,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
cr              +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 28 2016 02:31:31     Capital One N. A.,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
intp             EDI: RECOVERYCORP.COM Apr 28 2016 01:58:00     Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
36951507         EDI: RECOVERYCORP.COM Apr 28 2016 01:58:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
36941054        +EDI: DRIV.COM Apr 28 2016 01:58:00     Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2016 at the address(es) listed below:
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Lee M Linson     on behalf of Debtor Manuel Raymond Lima linsonlawyer@gmail.com, mcmklaw@gmail.com
              Marian Garza     on behalf of Creditor   Capital One N. A. ecfnotices@ascensioncapitalgroup.com
              Ramesh Singh     on behalf of Interested Party    Recovery Management Systems Corporation
               claims@recoverycorp.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                              TOTAL: 5

FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Manuel Raymond Lima

**BANKRUPTCY NO.** 1:16–bk–10567–MB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–8367
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 4/27/16

**Address:**
21550 Chatsworth Street
Chatsworth, CA 91311

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: April 27, 2016

BY THE COURT,

**Martin R. Barash**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**16 / SBG**